UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREIF PACKAGING,

        Plaintiff,

vs.

Case No. 12-CV-14136

HON. GEORGE CARAM STEEH

AMERICAN CONTROLS, INC., and
DB GLOBAL CONNECTIONS,
LLC.,

        Defendants.
_____/

ORDER REGARDING SETTLEMENT CONFERENCE
AND AMENDING SCHEDULE

    The court conducted a status conference in this matter on June 11, 2013. At that conference, the court addressed a motion to withdraw filed by counsel for DB Global Connections, LLC, as well as a planned settlement conference and the need to amend the schedule in the case.

    As reflected in an order entered on June 11, 2013, the court has permitted counsel for defendant DB Global Connections, LLC, to withdraw, and has advised DB Global Connections via that order that it has 30 days to secure new counsel or face the entry of default. Greif Packaging and American Controls, Inc. have indicated a desire to engage in a settlement conference, to be scheduled before the undersigned or the magistrate judge on a mutually convenient time and date. Finally, the schedule is hereby amended, as discussed at conference, as follows:

-1-

| | |
|---|---|
| Discovery Cutoff: | 9/3/2013 |
| Stipulation for Mediation due: | 9/3/13 |
| Dispositive Motions due: | 10/3/2013 |
| Final Pretrial Order due: | 1/13/2014 |
| Final Pretrial Conference: | 1/21/2014 at 10:00 a.m. |
| Trial date: | 2/4/2014 at 9:00 a.m. |

**IT IS SO ORDERED**.

Dated: June 13, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 13, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---