UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREIF PACKAGING,

        Plaintiff,

vs.

AMERICAN CONTROLS, INC., and
DB GLOBAL CONNECTIONS, LLC.,

        Defendants.
_____/

Case No. 12-CV-14136

HON. GEORGE CARAM STEEH

## ORDER OF DISMISSAL

This case was scheduled for a final pre-trial conference on January 21, 2014. Neither plaintiff nor the remaining defendant, DB Global Connections, LLC, appeared at the scheduled date and time. Moreover, no final pre-trial order was filed, and plaintiff Grief Packaging, LLC did not respond to the court's Order to Show Cause, filed January 14, 2014, requiring that plaintiff show cause in writing by January 21, 2014 "why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2."

As plaintiff has filed no response to the court's order, did not file a proposed pre-trial order, and did not appear for the conference, the court will enter an order of dismissal. Accordingly, this matter is **DISMISSED** and the case will be closed.

    **IT IS SO ORDERED**.

Dated: January 22, 2014

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 22, 2014, by electronic and/or ordinary mail and also on DB Global Connections LLC, DB Global Connections, C/O Yen Bui, 45066 Huntingcross Drive, Novi, MI 48375.

s/Barbara Radke
Deputy Clerk